### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DARCI BRAWNER                                                                                                    PLAINTIFF

v.                                              NO. 4:14CV00152 JLH/HDY

SCOTT BRADLEY *et al*.                                                                                     DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendants Scott Bradley, Randy Murray, Kenny Dunham, Holley Daugherty, Pam Smith, Jody Boener, and Karen Angerman are DISMISSED WITHOUT PREJUDICE, and Bradley, Murray, Dunham, Daugherty, Smith, Boener, and Angerman, are removed as party defendants.

DATED this 2nd day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE