### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DARCI BRAWNER                                                                                           PLAINTIFF

V.                                         NO. 4:14CV00152 JLH

SCOTT BRADLEY, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of August, 2014.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE